```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 08-61453-CIV-ZLOCH
```

GARY JEAN BAPTISTE,

    Petitioner,

vs.                                                      <u>**O R D E R**</u>

JULIA J. VAGLIENTI, et al.,

    Respondents.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 11) filed herein by United States Magistrate Judge Patrick A. White. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That the Report And Recommendation (DE 11) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified, and adopted by the Court, and all pending Motions be and the same are hereby **DENIED** as moot; and

    2. Final Judgment will be entered by separate order.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   17th   day of December, 2008.

                                          */s/ William J. Z.*
                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:
See Attached Mailing List

GARY JEAN BAPTISTE VS. JULIA J. VAGLIENTI, et al.,
CASE NO. 08-61453-CIV-ZLOCH

The Honorable Judge Patrick A. White
United States Magistrate Judge

All Counsel of Record

Gary Jean Baptiste, pro se
Reg. No. 77177-004
FCC Coleman
P.O. Box 1032
Coleman, FL 33521-1032