```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 08-61453-CIV-ZLOCH
```

GARY JEAN BAPTISTE,

    Petitioner,

vs.                                               **FINAL JUDGMENT**

JULIA J. VAGLIENTI, et al.,

    Respondents.

_____/

    THIS MATTER is before the Court upon the Report And Recommendations (DE 11) filed herein by United States Magistrate Judge Patrick A. White. For the reasons expressed in this Court's Order adopting said Report and Recommendation, entered separately, and pursuant to Federal Rule of Civil Procedure 58, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Final Judgment be and the same is hereby **ENTERED** in favor of Respondents Julia Vaglienti, Daniel Mavromatis, Dean Wolpert, Brian Geraghty, Larry Handfield, and Michael Baker, and against Petitioner Gary Jean Baptiste; and

    2. Respondents shall go hence without day.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   17th   day of December, 2008.

                                    */s/ William J. Zloch*
                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:
See Attached Mailing List

GARY JEAN BAPTISTE VS. JULIA J. VAGLIENTI, et al.,
CASE NO. 08-61453-CIV-ZLOCH

The Honorable Judge Patrick A. White
United States Magistrate Judge

All Counsel of Record

Gary Jean Baptiste, pro se
Reg. No. 77177-004
FCC Coleman
P.O. Box 1032
Coleman, FL 33521-1032